# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christopher Bernard Evans | ) | Case No: 1:01CR48-3 |
| | ) | USM No: 16902-058 |
| Date of Previous Judgment: 4/24/02 | ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED. ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __87__ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 27 | | Amended Offense Level: 25 |
| Criminal History Category: V | | Criminal History Category: V |
| Previous Guideline Range: 120 to 150 months | | Amended Guideline Range: 100 to 125 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other (explain):

## III. ADDITIONAL COMMENTS

It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __4/24/02__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __July 21, 2008__

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge